JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE D. JOHNSON, <br> Petitioner, <br> v. <br> WARDEN, SOLANO STATE PRISON, <br> Respondent. | Case No. 2:24-cv-01975-DSF-AJR <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 17, 2024

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE